AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

LISA J. OLSEN

V.

AMERICAN POWER CONVERSION CORP. and DWIGHT SPERRY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-201ML

TO: (Name and address of Defendant)

American Power Conversion Corp.
by and through its registered agent of process:
Jeffrey J. Giguere
132 Fairgrounds Road
West Kingston, RI 02892

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5-11-06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/15/06 |
| NAME OF SERVER (PRINT) Vincent P. Catamero | TITLE Constable State of R.I. License #6023 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): c/o AFS - JEFFREY J GIGUERE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | ~~$0.00~~ $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/15/06
Date

Vincent P. Catamero
Signature of Server

Vincent P. Catamero
Constable State of R.I.
License #6023

1408 Atwood Ave. Johnston, RI
Address of Server

JEFFREY J GIGUERE, VP