UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LISA J. OLSEN<br>Plaintiff | : | |
| VS | : | C.A. No.: 06-201ML |
| AMERICAN POWER CONVERSION CORPORATION and DWIGHT SPERRY<br>Defendants | : | |

## STIPULATION

By agreement of the parties, the defendants may file the attached amended answer.

LISA OLSEN

By her Attorneys,
SINAPI FORMISANO & COMPANY, LTD

7/18/06

Richard Sinapi, Esq. (# 2977)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690 (telephone)
(401) 943-9040 (fax)

AMERICAN POWER CONVERSION CORPORATION and DWIGHT SPERRY

By its Attorneys,
PANNONE LOPES & DEVEREAUX LLC

William E. O'Gara, Esquire (#4257)
1800 Financial Plaza
Providence, Rhode Island 02903
(401) 824-5100 (telephone)
(401) 824-5123 (facsimile)

Enter:
Mary M. Lisi
USDJ 7/24/06