UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Lisa J. Olsen

CA 06-201ML

V.

American Power Conversion, et al

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **Berry Mitchell** is appointed as neutral and a mediation shall be held on September 8, 2006 and counsel for the parties shall file a status report with the Court within two (2) weeks from the date of that mediation.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Court Judge
August 23, 2006

Entered as an Order of this Court on August 23 , 2006.

Barbara Barletta
Deputy Clerk